UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 1:18-cv-61791-RNS

BLAINE HARRINGTON III,

       Plaintiff,

v.

MOBOX MARINE, LLC AND CONNEX SOCIAL LLC DBA CONNEX DIGITAL MARKETING,

       Defendants.

## DECLARATION OF BLAINE HARRINGTON III

I, Blaine Harrington III, declare as follows:

1. I am over the age of eighteen (18) and otherwise competent to testify. I make this Declaration based on my personal knowledge of the facts contained herein.

2. I am a professional photographer and I make a living from my photography. In my over forty-year career, I have won numerous awards for my photography, including the 2005 and 2006 SATW Travel Photographer of the Year award. I have worked on assignment for most major news, business, travel, and inflight magazines, and have specialized knowledge on nearly every region of the world.

3. Throughout my professional career, I have taken hundreds of thousands of photographs across the world.

4. I have registered over seventy thousand photographs with the U.S. Copyright Office and hold approximately forty Certificates of Registration for my works.

5. While I do my best to keep accurate records of all of my photographs and copyright registrations, I am not perfect, and sometimes I make mistakes.

6. On June 24, 2007, while on a trip to Hawaii, I created an aerial photograph of a marina in featuring a beautiful rainbow entitled "20070624_hawaii_0066" which is shown below and referred to herein as the "Work."



7. I registered my Work with the Register of Copyrights on April 26, 2011 and was assigned the registration number VA 1-775-610. The Certificate of Registration is attached hereto as Exhibit 1.

8. Certificate of Registration VA 1-775-610 was a group registration consisting of photographs created in 2007 and published in 2011.

9. On August 2, 2018, through my counsel, I filed the Complaint in this case for copyright infringement against the Defendants Mobox Marine, LLC and Connex Social LLC.

10. Before the Complaint was filed, I researched the registration for "20070624_hawaii_0066" but instead of correctly identifying registration VA 1-775-610, I inadvertently identified registration VAu 1-077-015 as applicable.

11. Registration VAu 1-077-015 is also a group registration. Registration VAu 1-077-015 consists of 10,845 unpublished photographs registered in 2011.

12. I mistakenly provided my counsel with the incorrect registration VAu 1-077-015 instead of correct registration VA 1-775-610. Both registrations were for groups of unpublished photographs, registered in 2011, and contained very similar registration numbers.

13. I misplaced the deposit material for both registration VA 1-775-610 and VAu 1-077-015. As a result, I could not provide the deposit materials to my counsel to check against the registration until I found them.

14. At the time the Complaint was filed, my Work was already registered with the U.S. Copyright Office.

15. During my review of documents during this case, I discovered that I had inadvertently identified the incorrect Certificate of Registration with the Complaint.

16. I further reviewed my records and identified the correct Certificate of Registration for the Work and provided a copy to my counsel who immediately provided it to counsel

for the Defendants along with a complete copy of the entire deposit material in my possession that corresponded with the correct Certificate of Registration.

I swear or affirm that the foregoing is true and correct under penalties of perjury.

DATED: January 18, 2019

*Blaine Harrington*
Blaine Harrington III

4

# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-775-610**

**Effective date of registration:**

April 26, 2011

---

## Title

**Title of Work:** Blaine Harrington III Worldwide Travel Photography

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** April 24, 2011   **Nation of 1st Publication:** United States

## Author

- **Author:** Blaine G Harrington III, dba Blaine Harrington Photography
  **Author Created:** text, photograph(s)
  **Work made for hire:** No
  **Citizen of:** United States   **Domiciled in:** United States
  **Year Born:** 1954

## Copyright claimant

**Copyright Claimant:** Blaine G Harrington III, dba Blaine Harrington Photography
7533 South Overlook Way, Littleton, CO, 80128, United States

## Rights and Permissions

**Organization Name:** Blaine Harrington Photography
**Name:** Blaine G Harrington III
**Email:** blaine@blaineharrington.com   **Telephone:** 303-932-9062
**Address:** 7533 South Overlook Way
Littleton, CO 80128  United States

## Certification

**Name:** Blaine G. Harrington III
**Date:** April 26, 2011