## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
**District Judge Roy K. Altman**

| | |
|---|---|
| Moulton v. Prosper et al | Case No: 18-cv-61260 |
| Harrington III v. Mobox Marine, LLC et al | Case No: 18-cv-61791 |
| Lyons v. City of Miramar et al | Case No: 18-cv-62023 |
| Bouvier v. Healthcare Revenue Recovery Group, LLC | Case No: 18-cv-62373 |
| Ohayon v. Equifax Information Services, LLC et al | Case No: 18-cv-62505 |
| Caplan v. Lye & Lye Associates, Inc. et al | Case No: 18-cv-62648 |
| Vilus et al v. Cooper's Hawk Intermediate Holding, LLC et al | Case No: 18-cv-62868 |
| Honeywell v. The Prudential Insurance Company of America | Case No: 18-cv-62880 |
| Garcia v. Murcia Group, Inc. et al | Case No: 19-cv-60106 |
| Orduz v. Target Corporation | Case No: 19-cv-60166 |
| Mazariegos v. Murcia Group Inc et al | Case No: 19-cv-60209 |
| Arabaci v. James River Insurance Company | Case No: 19-cv-60266 |
| Marquis et al v. AutoNation, Inc. et al | Case No: 19-cv-60281 |
| Cohan v. Brimstone WFG of Pembroke, LLC | Case No: 19-cv-60396 |
| Caplan v. Miramar Master Cars, Inc. et al | Case No: 19-cv-60441 |
| Thompson v. Walgreens Company | Case No: 19-cv-60496 |
| Smith v. Curaleaf, Inc. | Case No: 19-cv-60568 |
| Wilson v. Acting Commissioner of Social Security | Case No: 19-cv-60619 |
| Guerra v. Risa Travel, LLC | Case No: 19-cv-60693 |
| Cohan v. Atlanta Restaurant Partners, LLC | Case No: 19-cv-60801 |
| Watkins v. Officer David Session et al | Case No: 19-cv-60810 |
| ERMI LLC v. Team Post OP, Inc. et al | Case No: 19-cv-60851 |
| Sered et al v. USAA Casualty Insurance Company | Case No: 19-cv-60884 |

### ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of

cases from the undersigned District Judge to the newly appointed **District Judge Roy K. Altman.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (*See* Internal Operating Procedures, Section 2.05.03–2.05.04). It is hereby

ORDERED that the above-styled actions are hereby REASSIGNED to the calendar of the **Honorable Roy K. Altman** as of **April 11, 2019** for all further proceedings. It is further

ORDERED that all pleadings hereafter filed shall bear the assigned case number followed by the initials **RKA** in lieu of the present initials.

DONE and ORDERED at Miami, Florida, in chambers on April 11, 2019.

_____
Robert N. Scola, Jr.
United States District Judge