## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

### CASE NO.:  1:18-cv-61791-RNS

BLAINE HARRINGTON III,

              Plaintiff,

v.

MOBOX MARINE, LLC and CONNEX
SOCIAL LLC dba CONNEX DIGITAL
MARKETING,

              Defendants.

---

### STIPULATION OF SETTLEMENT

Plaintiff BLAINE HARRINGTON III and Defendants MOBOX MARINE, LLC and

CONNEX SOCIAL LLC dba CONNEX DIGITAL MARKETING, by and through their

undersigned counsel, hereby stipulate to the Court that the parties have reached a settlement and

request until May 29, 2019 in which to file a Stipulation of Dismissal.

Dated:  April 29, 2019

| | |
|---|---|
| */s/Joel B. Rothman* | */s/ G. Thomas Williams* |
| JOEL B. ROTHMAN | G. THOMAS WILLIAMS |
| Florida Bar No. 98220 | *Pro Hac Vice* |
| joel.rothman@sriplaw.com | gtw@mcgarrybair.com |
| | |
| **SRIPLAW** | **MCGARRY BAIR PC** |
| 21301 Powerline Road | 45 Ottawa Avenue SW |
| Suite 100 | Suite 700 |
| Boca Raton, FL 33433 | Grand Rapids, MI 49503 |
| 561.404.4350 – Telephone | 616-742-3514 - Telephone |
| 561.404.4353 – Facsimile | 616-742-1010 - Facsimile |
| *Counsel for Plaintiff Blaine Harrington III* | *Counsel for Defendants Mobox Marine, LLC and Connex Social LLC dba Connex Digital Marketing* |

**SRIPLAW**
21301 POWERLINE ROAD, SUITE 100, BOCA RATON, FL 33433